(112 So. 923)

George LEDLOW v. STATE. (8 Div. 580.) Court of Appeals of Alabama. May 24, 1927.

Chas. P. Almon, Judge. Assault. C. E. Carmichael, of Sheffield, for appellant. Charlie C. McCall, Atty. Gen., for the State.

RICE, J. Affirmed.

(117 So. 925)

Bill LEMONS v. STATE. (6 Div. 339.) Court of Appeals of Alabama. May 22, 1928. Rehearing Denied June 12, 1928.

Ernest Lacy, Judge. R. F. Peters, of Fayette, for appellant. Charlie C. McCall, Atty. Gen., for the State.

BRICKEN, P. J. The evidence in this case was sufficient to establish the corpus delicti, and the trial court properly so held. The question of the guilt or innocence of the accused was for the jury. The finding of the contraband beverage, home brew, containing alcohol, and which also, as shown by the evidence, smelled and tasted and looked like lager beer, coupled with the voluntary statement of defendant that "he found my home brew," also, "I want you to take care of my bottles; I would like to have them back," were all questions for the jury. The defendant insisted that in making these statements he was only joking. Whether he was joking or not was for the jury to determine, and the result of their verdict no doubt had the tendency to impress upon defendant that the "joke" was a serious one for him. No error appears in the trial of this case, and the judgment of conviction, from which this appeal was taken, is affirmed. Affirmed.

(118 So. 925)

Mary LEWIS v. STATE. (1 Div. 799.) Court of Appeals of Alabama. Nov. 20, 1928.

Saffold Berney, Judge.

BRICKEN, P. J. Affirmed.

(114 So. 923)

H. W. LINDSAY v. STATE. (6 Div. 219.) Court of Appeals of Alabama. Dec. 20, 1927.

H. P. Heflin, Judge.

SAMFORD, J. Affirmed.

(114 So. 923)

Thomas LITTLEFIELD v. STATE. (5 Div. 676.) Court of Appeals of Alabama. Nov. 29, 1927.

George F. Smoot, Judge.

RICE, J. Appeal dismissed.

(111 So. 925)

Boisey LOFTIN v. STATE. (3 Div. 548.) (Court of Appeals of Alabama. Jan. 11, 1927.)

Leon McCord, Judge.

BRICKEN, P. J. From a judgment of conviction for distilling, making, or manufacturing alcoholic or spirituous liquors, and for the unlawful possession of a still to be used for that purpose, this appeal was taken. The cause is here submitted upon the record proper; there being no bill of exceptions. The record is regular and without error. Judgment affirmed. Affirmed.

(111 So. 925)

Boisey LOFTIN v. STATE. (3 Div. 549.) (Court of Appeals of Alabama. Jan. 11, 1927.)

Leon McCord, Judge.

SAMFORD, J. We have read the entire record in this case, and find that the defendant has had a fair trial, and, there being no error in any of the rulings of the court or in the record, the judgment is affirmed. Affirmed.

(111 So. 925)

Ad LOGAN v. STATE. (6 Div. 964.) (Court of Appeals of Alabama. Jan. 11, 1927.)

R. L. Blanton, Judge.

RICE, J. Appeal dismissed.

(114 So. 923)

Louis LONG v. STATE. (1 Div. 718.) Court of Appeals of Alabama. Nov. 22, 1927.

Saffold Berney, Judge.

RICE, J. Affirmed.

(114 So. 923)

LOUISVILLE & NASHVILLE R. R. CO. v. J. C. REILLY. (6 Div. 185.) Court of Appeals of Alabama. Nov. 29, 1927.

Joe C. Hail, Judge. McClellan & Stone, of Birmingham, for appellant. Beddow & Ray, of Birmingham, for appellee.

RICE, J. Affirmed by agreement.

(114 So. 923)

LOUISVILLE & NASHVILLE R. CO. v. Jess ROGERS. (6 Div. 177.) Court of Appeals of Alabama. Dec. 1, 1927.

Roger Snyder, Judge.

PER CURIAM. Appeal dismissed for want of prosecution.

(114 So. 923)

LOUISVILLE & NASHVILLE R. CO. v. Oscar S. RUSH. (1 Div. 749.) Court of Appeals of Alabama. Nov. 8, 1927.

Claude A. Grayson, Judge.

SAMFORD, J. Appeal dismissed.